IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, as subrogee of VICTORIA LARSEN,<br><br>　　　Plaintiff,<br><br>v.<br><br>KAZ USA, INC.<br><br>　　　Defendant. | Case No.<br><br>**DEFENDANT KAZ USA, INC.'S NOTICE OF REMOVAL** |

　　　Defendant Kaz USA, Inc., by and through its undersigned counsel, hereby gives notice of the removal of this action pursuant to 28 U.S.C. § 1441(a) and Local Rule 81. For its short and plain statement of the grounds for removal, Kaz USA, Inc. states as follows:

　　　A.　　In this action, complete diversity exists and the amount in controversy exceeds $75,000. Plaintiff is a Kansas corporation with its principal place of business in the State of New Hampshire, and doing business in Iowa at all material times referenced in the Petition. Defendant Kaz USA, Inc. is a Massachusetts corporation with its principal place of business in Massachusetts. Removal is in accordance with 28 U.S.C. § 1441(a), as this Court would have had diversity jurisdiction over this action under 28 U.S.C. § 1332(a), had Plaintiff filed its Petition with this Court. In accordance with 28 U.S.C. § 1446(b), Kaz USA, Inc. timely filed this Notice of Removal within 30 days of receipt of service of Plaintiff's Petition.

　　　B.　　Pursuant to 28 U.S.C. § 1441(a) and Local Rule 81(a)(1), Kaz USA, Inc. is

1

required to provide this Court with copies of all process, pleadings, and Orders filed in the State case. Kaz USA, Inc. has reviewed the state court's electronic docket and determined that the following pleadings have been filed:

- Original Notice (filed 4/21/21)
- Petition and Jury Demand (filed 4/21/21)
- Affidavit of Service (filed 5/11/21)

   C. For its statement of facts pursuant to Local Rule 81(f), demonstrating the jurisdictional requirements for removal, Kaz USA, Inc. states as follows:

## INTRODUCTION

   1. On April 21, 2021, Plaintiff commenced this action with the filing of a Petition and Jury Demand in the Iowa District Court for Lee County-Fort Madison, Iowa. Plaintiff, Nationwide Affinity Insurance Company of America, as subrogee of Victoria Larsen, alleges that Larsen purchased a humidifier in West Burlington, Iowa on November 21, 2016. Plaintiff further claims the humidifier was designed and/or manufactured by Kaz USA, Inc. and allegedly caused a fire to Ms. Larsen's condominium and Nationwide seeks damages for repair amounts.

   2. Defendant was served on or about May 11, 2021. In accordance with 28 U.S.C. § 1448(b), Defendant Kaz USA, Inc. timely filed this Notice of Removal within 30 days of its receipt of service.

   3. Under 28 U.S.C. § 1441(a), an action "of which the district courts of the United States have original jurisdiction" may be removed to federal court if a timely petition for removal is filed. Thus, the state court action may be removed to federal court if the federal court would have had diversity jurisdiction over the action under 28 U.S.C. § 1332(a) as of the time of

the initial pleading and when the removal notice is filed. *Knudson v. Sys. Painters, Inc.*, 634 F.3d 968, 975 (8th Cir. 2011); 14B Charles A. Wright, Arthur R. Miller, Edward H. Cooper & Joan E. Steinman, *Federal Practice and Procedure* § 3723, at 695-700 (4th ed. 2009). Plaintiffs could have filed their Petition with this Court as complete diversity of citizenship existed and the amount in controversy exceeds $75,000.

**COMPLETE DIVERSITY EXISTS AS TO ALL PARTIES**

4. Plaintiff is a Kansas corporation with its principal place of business in the State of New Hampshire, and doing business in Iowa at all material times referenced in the Petition. Victoria Larsen was at all times material a resident of Fort Madison, Lee County, Iowa. *See* Petition and Jury Demand at ¶ 1-2. Defendant Kaz USA, Inc. Defendant Kaz USA, Inc. is a Massachusetts corporation with its principal place of business ins Massachusetts; 28 U.S.C. § 1332(c)(1) (a corporation is a citizen of the state of its incorporation and in the state of its principal place of business). Complete diversity is present in this case where citizens of Iowa have sued a citizen of Massachusetts. *See* 28 U.S.C. § 1332(a)(1) (citizens of different states are diverse).

**THE ACTUAL AMOUNT IN CONTROVERSY EXCEEDS $75,000**

5. The amount in controversy, under 28 U.S.C. § 1332, requires the sum or value of the lawsuit to exceed $75,000 for the district court to have original jurisdiction. The amount in controversy is to be judged at the time of the removal by considering the claims of the named plaintiff. *Kessler v. Nat'l Enterprises, Inc.*, 347 F.3d 1076, 1080 (8th Cir. 2003). The controlling issue is "not whether the damages are greater than the jurisdictional amount, but whether the fact finder must legally conclude they are." *Kopp v. Kopp*, 280 F.3d 883, 885 (8th

Cir. 2002). Plaintiff's suit seeks to recover damages against the defendant. At Paragraph 19 of the petition, plaintiff alleges that the loss incurred totals $112,442.00. Consequently, the true amount in controversy exceeds $75,000 including compensatory and consequential damages.

6. Defendant Kaz USA, Inc. reserves the right to amend and/or supplement this Notice of Removal.

WHEREFORE, the Defendant Kaz USA, Inc., hereby removes the above captioned case from the Iowa District Court for Lee County – Fort Madison, bearing Case Number LALA006956 to the United States District Court for the Southern District of Iowa, Eastern Division.

Respectfully submitted,

GREFE & SIDNEY, P.L.C.

By /s/ Mark W. Thomas
Mark W. Thomas AT0007832
500 East Court Avenue, Suite 200
P.O. Box 10434
Des Moines, Iowa 50306
Telephone: (515) 245-4300
Fax: (515) 245-4452
E-mail: mthomas@grefesidney.com
ATTORNEYS FOR DEFENDANT KAZ USA, INC.

Certificate of Service

   I hereby certify that on May 21, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Patrick D. Smith
Law Office of Deborah M. Stein
Dept.: D1-2W-0308
1100 Locust Street, Floor 2
Des Moines, IA 50391
Smitp78@nationwide.com
ATTORNEY FOR PLAINTIFF

              By /s/ Mark W. Thomas