IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, as subrogee of VICTORIA LARSEN,<br><br>Plaintiff,<br><br>v.<br><br>KAZ USA, INC.<br><br>Defendant. | Case No.<br><br>**DEFENDANT KAZ USA, INC.'S STATE COURT DOCUMENTS** |

Defendant Kaz USA, Inc., attaches the following documents from Lee County, Iowa District court Case Number LALA006956 in support of its Notice of Removal:

| **Document** | **Doc. No.** |
|---|---|
| Original Notice (filed 4/21/21) | 1 |
| Petition and Jury Demand (filed 4/21/21) | 2 |
| Return of Original Notice/Affidavit of Service (filed 5/11/21) | 3 |

Respectfully submitted,

GREFE & SIDNEY, P.L.C.

By  /s/ Mark W. Thomas
     Mark W. Thomas AT0007832

1

500 East Court Avenue, Suite 200<br>
P.O. Box 10434<br>
Des Moines, Iowa  50306<br>
Telephone:  (515) 245-4300<br>
Fax:  (515) 245-4452<br>
E-mail: lmartino@grefesidney.com<br>
ATTORNEYS FOR DEFENDANT KAZ USA, INC.

Certificate of Service

    I hereby certify that on May 21, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Patrick D. Smith
Law Office of Deborah M. Stein
Dept.: D1-2W-0308
1100 Locust Street, Floor 2
Des Moines, IA 50391
Smitp78@nationwide.com
ATTORNEY FOR PLAINTIFF

                By /s/ Mark W. Thomas



**Capitol Corporate Services, Inc.**
PO Box 1831
Austin, TX 78767
Phone: (800) 345-4647  Fax: (800) 432-3622
rassop@capitolservices.com

# Service Of Process Transmittal Notice

| | | |
|---|---|---|
| TESSA JUDGE<br>1 HELEN OF TROY PLAZA<br>EL PASO TEXAS 79912 | **Date Processed:** | 04/22/2021 |
| | **Completed By:** | LISA VILLANO |
| | **Delivery Method to Client:** | FEDEX 2 DAY LETTER |
| | **Tracking Number:** | 137233092384 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| Date / Time Received | Transmittal # | Delivered to Agent by |
|---|---|---|
| 04/22/2021  3:00 PM in MASSACHUSETTS | MA-203649 | PROCESS SERVER |

**With Regard to Client**
KAZ USA, INC.

**Title of Case or Action**
NATIONWIDE AFFINITY ASO V LARSEN VS KAZ USA, INC.

| **Case Number** | **Type of Document Served** |
|---|---|
| LALA006956, | NOTICE |

**Court Name**
IA- LEE NORTH

**Note**

1-203649I

IN THE IOWA DISTRICT COURT FOR LEE COUNTY

| | |
|---|---|
| NATIONWIDE AFFINITY INSURANCE COMPANY of AMERICA, as subrogee of VICTORIA LARSEN,<br><br>Plaintiff,<br><br>v.<br><br>KAZ USA, INC.,<br><br>Defendant. | Case No. _____<br><br><br>**ORIGINAL NOTICE**<br><br>A TRUE COPY ATTEST<br>Process Server & Disinterested Person<br>4/22/21 |

**TO THE ABOVE-NAMED DEFENDANT: KAZ USA, INC.**

**YOU ARE HEREBY NOTIFIED** that there is now on file in the Office of the Clerk of the above Court a Petition in the above-entitled action, a copy of which Petition is attached hereto. The Plaintiffs' attorney is Patrick D. Smith of The Law Office of Deborah M. Stein, whose address is Dept: D1-2W-0308, 1100 Locust Street., Floor 2, Des Moines, IA 50391.

YOU ARE ALSO HEREBY NOTIFIED and required to file with the undersigned Clerk of Court, and serve a copy upon Patrick D. Smith, an Appearance, Motion or pleading to the Petition within twenty (20) days after the service of this Original Notice upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition.

You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EMDS) at hhttps://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from filing requirements.

If you electronically file, EDMS will serve a copy of the Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s). You must also notify the clerk's office of any address change.

NOTE: The attorney who is expected to represent the Defendant(s) should be promptly advised by Defendant(s) of the service of this notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

E-FILED   2021 APR 21 11:34 AM LEE NORTH - FT. MADISON - CLERK OF DISTRICT COURT

| | | |
|---|---|---|
| **Iowa Judicial Branch** | Case No. | **LALA006956** |
| | County | **Lee North - Ft. Madison** |

Case Title    NATIONWIDE AFFINITY ASO V LARSEN VS KAZ USA, INC.

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 684-6502**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **04/21/2021 11:34:57 AM**



District Clerk of Lee North - Ft. M County
/s/ **Megan Baum**

IN THE IOWA DISTRICT COURT FOR LEE COUNTY

| | |
|---|---|
| NATIONWIDE AFFINITY INSURANCE COMPANY of AMERICA, as subrogee of VICTORIA LARSEN,<br><br>    Plaintiff,<br><br>v.<br><br>KAZ USA, INC.,<br><br>    Defendant. | Case No. _____<br><br><br><br>**PETITION AND JURY DEMAND** |

The Plaintiff, Nationwide Affinity Insurance Company of America, as subrogee of Victoria Larsen, states:

### I.   Parties, Jurisdiction, and Venue

1.   Plaintiff Nationwide Affinity Insurance Company of America ("Nationwide") is a Kansas corporation with its principal place of business in the State of New Hampshire, and doing business in Iowa.

2.   Victoria Larsen ("Larsen") was at all times material a resident of Fort Madison, Lee County, Iowa.

3.   Kaz USA, Inc. is a Massachusetts corporation with its principal place of business in Massachusetts.

4.   On or about November 21, 2016, Larsen purchased a humidifier at Wal-Mart in West Burlington, Iowa. Kaz USA, Inc. designed and/or manufactured the humidifier in question, Model HWM340BWM and Part No. A000478R0 ("the humidifier").

5. Kaz USA, Inc. sold the humidifier to Wal-Mart, or placed the humidifier in the stream of commerce such that Kaz USA, Inc. reasonably expected the humidifier would be sold to Wal-Mart, and in turn sold to purchasers in the State of Iowa, such as Larsen.

6. On or about March 15, 2019, a fire occurred at Victoria Larsen's condominium at 4941 Grand View Lane, Fort Madison, Iowa, where the humidifier was being used.

7. At the time of the fire, Larsen was covered by a Nationwide insurance policy covered, among other things, property damage to her condominium. Nationwide paid to repair the fire and smoke damage to Larsen's condominium as well as other fire related losses, and is entitled to pursue the recovery of such payments as Larsen's subrogee.

8. The damages Nationwide seeks in this lawsuit exceed the jurisdictional limit for small claims court.

9. The Iowa District Court has jurisdiction over the claims in this lawsuit, and venue is proper in Lee County, Iowa.

## II.   Facts Common to All Claims

10. Plaintiff restates its allegations in paragraphs 1 through 9 as if fully set forth herein.

11. On March 15, 2019, at approximately 7:00 PM, Larsen left her condominium to go out to dinner with her family. When she left home, the humidifier was plugged into a wall outlet.

12. While at dinner, Larsen received a phone call from her neighbor reporting the smell of smoke and the sound of a "pop" coming from Larsen's condominium.

2

13. Larsen returned home to find the inside of her condominium engulfed in smoke. The fire caused extensive damage to the condominium living room, and smoke damage throughout the residence.

14. Michael Knoll, an investigator with NEFCO Fire Investigations, investigated the origin and cause of the fire.

15. The humidifier was in the area investigator Knoll identified as the fire's area of origin.

16. The ignition source for the fire was a high resistance connection in the humidifier.

17. Combustible materials near the humidifier heater connection provided the first fuel to ignite and then spread the fire.

18. The cause of the fire was a design and/or manufacturing defect in the humidifier's heater connection.

19. Nationwide paid a total of $112,442 to repair fire damage, remedy smoke damage, and for other losses Larsen sustained as a result of the fire.

20. As Larsen's subrogee, Nationwide is entitled to recover its damages from Kaz USA, Inc., the party responsible for the fire.

### Count I: Strict Products Liability-Manufacturing Defect

21. Nationwide incorporates the allegations in paragraphs 1-20 as if fully set forth herein.

22. Kaz USA, Inc. sold or distributed the humidifier.

23. Kaz USA, Inc. was engaged in the business of selling or distributing the humidifier.

24. The humidifier at the time it left the control of Kaz, USA, Inc. contained a manufacturing defect that departed from its intended design.

25. The manufacturing defect was a cause of the fire in Larsen's condominium, which resulted in Nationwide paying to remedy the fire and related damage.

WHEREFORE, the Plaintiff, Nationwide Affinity Insurance Company, requests a judgment against the Defendant, Kaz USA, Inc., in an amount sufficient to compensate for its damages, for interest on the judgment as allowed by law, and for other relief the Court deems appropriate.

### Count II: Strict Products Liability-Design Defect

26. Plaintiff incorporates the allegations in paragraphs 1-25 as if fully set forth herein.

27. An alternative design would have reduced or avoided the foreseeable risks of harm posed by the humidifier.

28. The omission of the alternative design rendered the humidifier not reasonably safe.

29. The alternative design would have prevented the ignition of a fire in the humidifier in Larsen's condominium, and thus avoided the fire and related damage.

31. As a result of Kaz USA, Inc. failing to adopt an alternative design, Nationwide paid under Larsen's policy to remedy the fire and related damage.

WHEREFORE, the Plaintiff, Nationwide Affinity Insurance Company, requests a judgment against the Defendant, Kaz USA, Inc., in an amount sufficient to compensate for its damages, for interest on the judgment as allowed by law, and for other relief the Court deems appropriate.

### Count III: Negligence

32. Plaintiff incorporates the allegations in paragraphs 1-31 as if fully set forth herein.

33. Kaz USA, Inc. was negligent in the design and/or manufacture of the humidifier.

34. As a result of the negligence of Kaz USA, Inc., the humidifier ignited under normal operating conditions, causing fire and related damage to Larsen's condominium.

35. Nationwide paid under Larsen's policy to remedy the fire and related damage.

WHEREFORE, the Plaintiff, Nationwide Affinity Insurance Company, requests a judgment against the Defendant, Kaz USA, Inc., in an amount sufficient to compensate for its damages, for interest on the judgment as allowed by law, and for other relief the Court deems appropriate.

### Count IV: Breach of Warranty

36. Plaintiff incorporates the allegations in paragraphs 1-35 as if fully set forth herein.

37. Kaz USA, Inc. was a merchant at the time it sold the humidifier.

38. The humidifier was not merchantable because it ignited under normal operating conditions.

39. The lack of merchantability was a cause of fire and related damage to Larsen's condominium.

40. Nationwide paid under Larsen's policy to remedy the fire and related damage.

WHEREFORE, the Plaintiff, Nationwide Affinity Insurance Company, requests a judgment against the Defendant, Kaz USA, Inc., in an amount sufficient to compensate for its damages, for interest on the judgment as allowed by law, and for other relief the Court deems appropriate.

**Jury Demand**

Plaintiff demands a jury trial for all issues so triable.

Respectfully submitted,

*/s/ Patrick Smith*

Patrick D. Smith     AT0007392
Law Office of Deborah M. Stein
Dept: D1-2W-0308
1100 Locust Street, Floor 2
Des Moines, IA 50391
Phone: (515) 508-6460
Direct: (515) 443-7081
Fax:    (877) 698-1826
Email: smitp78@nationwide.com

ATTORNEY FOR PLAINTIFF

Original E-filed.

6

# AFFIDAVIT OF SERVICE

| Case: | Court: IN THE IOWA DISTRICT COURT FOR LEE COUNTY | County: | Job: 5597629 |
|---|---|---|---|
| **Plaintiff / Petitioner:** NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, as subrogee of VICTORIA LARSEN | | **Defendant / Respondent:** KAZ USA, INC. | |
| **Received by:** Dewsnap & Associates, LLC | | **For:** LAW OFFICE OF DEBORAH M. STEIN | |
| **To be served upon:** KAZ USA, INC., REGISTERED AGENT, CAPITOL CORPORATE SERVICES, INC. | | | |

I, WILLIAM H. DEWSNAP, III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lisa Villano, Process Specialist , 44 SCHOOL ST SUITE 505, BOSTON, MA 02108
**Manner of Service:** Registered Agent, Apr 22, 2021, 3:24 pm EDT
**Documents:** ORIGINAL NOTICE AND PETITION

**Additional Comments:**
1) Successful Attempt: Apr 22, 2021, 3:24 pm EDT at 44 SCHOOL ST SUITE 505, BOSTON, MA 02108 received by Lisa Villano, Process Specialist

_____    04/22/2021
WILLIAM H. DEWSNAP, III              Date

Dewsnap & Associates, LLC
92 State Street 8th Floor
Boston, MA 02109
617-367-1070