IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| NATIONWIDE AFFINITY INSURANCE COMPANY of AMERICA, as subrogee of VICTORIA LARSEN,<br><br>    Plaintiff,<br><br>v.<br><br>KAZ USA, INC.,<br><br>    Defendant. | Case No. 3:21-cv-00049<br><br><br><br><br><br>**NOTICE OF SETTLEMENT** |

    The Plaintiff, Nationwide Affinity Insurance Company of America, as subrogee of Victoria Larsen, notifies the Court the parties have reached a settlement in this matter. The settlement is expected to be concluded in approximately 30 days. Once concluded, the parties will file a stipulation of dismissal with prejudice.

    Unless the Court believes otherwise, the parties do not believe there is a need to hold the status conference scheduled for March 23, 2022.

    Respectfully submitted,

    */s/ Patrick D. Smith*
_____
Patrick D. Smith    AT0007392
Law Office of Deborah M. Stein
Dept: D1-2W-0308
1100 Locust Street, Floor 2
Des Moines, IA 50391
Phone: (515) 508-6460
Direct: (515) 443-7081
Fax:    (877) 698-1826
Email: smitp78@nationwide.com

ATTORNEY FOR PLAINTIFF

Original E-filed.

Copy via ECF to:

Mark W. Thomas
500 East Court Avenue, Suite 200
P.O. Box 10434
Des Moines, IA  50306
515-245-4300
F: 515-245-4452
mthomas@grefesidney.com

ATTORNEY FOR DEFENDANT
KAZ USA, INC.

Rodney Cook
324 N. Robinson Avenue, Suite 100
Oklahoma City, OK  73102
402-235-7700
rodney.cook@crowedunlevy.com

ATTORNEY FOR DEFENDANT
KAZ USA, INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by E-File on February 28, 2022.

                           sr
_____