IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| NATIONWIDE AFFINITY INSURANCE COMPANY of AMERICA, as subrogee of VICTORIA LARSEN,<br><br>       Plaintiff,<br><br>v.<br><br>KAZ USA, INC.,<br><br>       Defendant. | Case No. 3:21-cv-00049<br><br><br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Plaintiff, Nationwide Affinity Insurance Company of America, as subrogee of Victoria Larsen, and the Defendant, Kaz USA, Inc., hereby stipulate to the dismissal of this matter, with prejudice.

Respectfully submitted,

/s/ Patrick Smith
_____
Patrick D. Smith       AT0007392
Law Office of John M. Guthrie
Dept: D1-2W-0308
1100 Locust Street, Floor 2
Des Moines, IA 50391
Phone: (515) 508-6460
Direct: (515) 443-7081
Fax:    (877) 698-1826
Email: smitp78@nationwide.com

ATTORNEY FOR PLAINTIFF

/s/ *Mark W. Thomas*_____
Mark W. Thomas
500 East Court Avenue, Suite 200
P.O. Box 10434
Des Moines, IA  50306
515-245-4300
F: 515-245-4452
mthomas@grefesidney.com

/s/ *Rodney Cook*_____
Rodney Cook
324 N. Robinson Avenue, Suite 100
Oklahoma City, OK  73102
405-235-7700
rodney.cook@crowedunlevy.com

ATTORNEYS FOR DEFENDANT
KAZ USA, INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by E-File on May 11, 2022.

_____ sr

Original E-filed.

Copy via ECF to:

Mark W. Thomas
500 East Court Avenue, Suite 200
P.O. Box 10434
Des Moines, IA  50306
515-245-4300
F: 515-245-4452
mthomas@grefesidney.com

ATTORNEY FOR DEFENDANT
KAZ USA, INC.

Rodney Cook
324 N. Robinson Avenue, Suite 100
Oklahoma City, OK  73102
402-235-7700
rodney.cook@crowedunlevy.com

ATTORNEY FOR DEFENDANT
KAZ USA, INC.